IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JANCY ROSARIO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 321-048 |
| | ) | |
| STACEY N. STONE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Respondent's motion to dismiss, (doc. no. 6). Therefore, the Court **DISMISSES AS MOOT** the petition filed pursuant to 28 U.S.C. § 2241 and **CLOSES** this civil action.

SO ORDERED this 22nd day of December, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE